# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| THURMAN MILLER, | Case No. 3:17-cv-00414 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **DECISION AND ENTRY** |
| Defendant. | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 10, 2020 (Doc. #18) is ADOPTED in full;

2. The Motion for Allowance of Attorney Fees filed by Plaintiff's counsel (Doc. #15) is GRANTED, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $13,475.00;

3. Plaintiff's counsel is directed to pay Plaintiff the amount—$3,827.00—of attorney fees previously awarded counsel under the Equal Access to Justice Act (Doc. #14); and

4. The case remains terminated on the Court's docket.

February 12, 2020                                           *s/Thomas M. Rose
                                                                        _____
                                                                                Thomas M. Rose
                                                                        United States District Judge